UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Peter G. Sheridan |
| v. | : Crim. No. 09-593 (PGS) |
| THERESA McFADDEN | : <u>Continuance Order</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Charlton A. Rugg, Assistant U.S. Attorney), and defendant Theresa McFadden (by Chester Keller, AFPD) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 25 days, and the defendant being aware that she has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to this continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. A plea hearing has been scheduled for January 26, 2010, and the defendant has agreed to enter a plea of guilty, which would render any trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18, United States Code, Section 3161(h)(1)(G) and Section 3161(h)(7), the district court should be given time to review the proposed plea agreement, and the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, on this /2 day of January, 2009,

IT IS ORDERED that the period from January 11, 2010, through January 26, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. PETER G. SHERIDAN
United States District Judge

Form and entry consented to:

Charlton A. Rugg, AUSA

Chester Keller, AFPD