UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 09-593 |
| | : | |
| V. | : | |
| | : | **ORDER** |
| | : | |
| THERESA McFADDEN | : | |

THIS MATTER having come before the Court at the request of Chester M. Keller, Assistant Federal Public Defender, attorney for the defendant, Theresa McFadden to allow her release from home confinement on Sunday, October 10, 2010 until 7:00 p.m. that evening and Charlton Rugg, Assistant United States Attorney for the United States, having no objection to the granting of this request;

IT IS THEREFORE on this 5th day of October, 2010 ordered that;

1. Ms. McFadden will be permitted to extend her release from home confinement until 7:00 p.m. only on October 10, 2010 so that she can attend a function at the Pilgrim Baptist Church in Newark, New Jersey.

HON. PETER G. SHERIDAN
UNITED STATES DISTRICT COURT JUDGE